IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY BROWN, #0294-19, | § § § § § § § § § § § § | |
| Petitioner, | | |
| | | Civil Action No. 3:22-CV-01926-E-BN |
| v. | | |
| STATE OF TEXAS, | | |
| Respondent. | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

17th day of February, 2023.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE